# United States Court of Appeals
### For the Eighth Circuit

_____

No. 25-1502
_____

United States of America

*Plaintiff - Appellee*

v.

Tracy Leann Bess

*Defendant - Appellant*
_____

Appeal from United States District Court
for the Southern District of Iowa - Central
_____

Submitted: August 4, 2025
Filed: August 7, 2025
[Unpublished]
_____

Before ERICKSON, STRAS, and KOBES, Circuit Judges.
_____

PER CURIAM.

Tracy Bess appeals the sentence imposed by the district court[1] after she pleaded guilty to conspiring to commit mail theft. Her counsel filed a brief under <u>Anders v. California</u>, 386 U.S. 738 (1976), challenging the reasonableness of the sentence.

_____

[1]The Honorable Stephanie M. Rose, Chief Judge, United States District Court for the Southern District of Iowa.

After careful review, we conclude the district court did not abuse its discretion in sentencing Bess.  See United States v. Feemster, 572 F.3d 455, 461-62 (8th Cir. 2009) (en banc) (standard of review).  Having independently reviewed the record under Penson v. Ohio, 488 U.S. 75 (1988), we find no non-frivolous issues for appeal.

Accordingly, we affirm.

_____